440 F.2d 1064
 UNIVERSAL METAL MACHINE WORKS, INC., Plaintiff-Appellee,
v.
TEXAS COASTAL & INTERNATIONAL, INC., Defendant, Tom R.
SWANTNER, Defendant-Appellant, v. The VESSEL
MUSTANG ISLAND, its Tackle, Furniture,
Engines, Equipment, etc., Defendant.
 No. 30417.
 United States Court of Appeals, Fifth Circuit.
 March 25, 1971.
 
 Bob J. Spann, McDonald, Spann & Smith, Corpus Christi, Tex., for defendant-appellant.
 Mandell & Wright, Houston, Tex., for plaintiff-appellee; Arthur J. Mandell, Houston, Tex., of counsel.
 Appeal from the United States District Court for the Southern District of Texas; Woodrow B. Seals, Judge. Before WISDOM, Circuit Judge, DAVIS,* Court of Claims Judge, and GOLDBERG, Circuit Judge.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Judge Oscar H. Davis, U.S. Court of Claims, Washington, D.C. sitting by designation
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966